UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
THE VELVET UNDERGROUND, a                    :    Civil Action No.
Partnership, by its General Partners,        :    12 Civ. 00201 (AJN)
John Cale and Lou Reed,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS, INC.,                       :

                Defendant.                   :

---------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Joshua Paul executed March 19, 2012 and the exhibit annexed thereto, the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings had herein, Defendant The Andy Warhol Foundation For The Visual Arts, Inc. will move this Court for an Order dismissing Plaintiff's First Amended Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, specifically:

1.      Dismissing Plaintiff's first cause of action pursuant to Rule 12(b)(1), on the ground that the Court lacks jurisdiction over the subject matter of Plaintiff's request for declaratory relief.

2.      Dismissing Plaintiff's second, third and fourth causes of action pursuant to Rule 12(b)(6), on the ground that said causes of action fail to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, Plaintiff must serve and file any opposition papers by April 5, 2012. Defendant will serve and file any reply papers within seven days of Plaintiff's serving its opposition papers.

**Defendant respectfully requests that the Court hear oral argument on this motion.**

Dated: Ossining, New York
March 19, 2012

        Respectfully submitted,

        COLLEN IP
        Attorneys for Defendant,
        The Andy Warhol Foundation For The Visual Arts, Inc.

        By: _____
        Jess M. Collen – jcollen@collenip.com
        Joshua Paul (JP 4079) – jpaul@collenip.com
        David B. Ewen – dewen@collenip.com

        The Holyoke-Manhattan Building
        80 South Highland Avenue
        Ossining, New York 10158
        Tel. (914) 941-5668

To:

Christopher R. Whent, Esq.
270 Madison Avenue, Suite 1410
New York, NY 10016-0601
cwhent@printmail.com

Clifford James, Esq.
260 Madison Avenue, 17th Floor
New York, NY 10016-2401
cjames@cjtoplaw.com