UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VELVET UNDERGROUND, a Partnership, by its General Partners, John Cale and Lou Reed,<br><br>Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,<br><br>Defendant. | Civil Action No.<br>12 Civ. 00201 (AJN)<br><br>ECF Case<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: JAN 1 8 2013 |

## STIPULATION AND [Proposed] ORDER RELATING TO EXPERT DISCLOSURES

WHEREAS, pursuant to the court's endorsed Order filed November 19, 2012 (D.E. 37), all expert discovery must be concluded by March 22, 2013;

WHEREAS, pursuant to ¶ 3 of the Scheduling Order filed March 27, 2012 (D.E. 20), the parties have met and conferred to establish a schedule for expert disclosures;

NOW, THEREFORE, it is hereby STIPULATED, AGREED AND ORDERED, as follows:

1. <u>Definitions</u>. For purposes of this Stipulation and Order, the following terms have the following meanings:

   (a) "Expert Witness" means any person who is subject to the expert disclosure requirements of Fed. R. Civ. P. 26(a)(2)(A).

   (b) "Category 1 Expert Witness" means any Expert Witness whose written report must comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B).

(c) "Category 2 Expert Witness" means any Expert Witness other than a Category 1 Expert Witness.

2. <u>Expert testimony relating to a party's case-in-chief</u>. The following disclosure schedule applies to any Expert Witness on whose testimony a party intends rely on any issue for which that party bears the burden of proof on liability or damages.

    (a) Written report(s) of all Category 1 Expert Witnesses must be exchanged by January 18, 2013. The content of any such report(s) shall comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B).

    (b) Written report(s) of all Category 2 Expert Witnesses must be exchanged by March 1, 2013. The content of any such report(s) shall comply with the requirements of Fed. R. Civ. P. 26(a)(2)(C).

3. <u>Other expert testimony</u>. The following disclosure schedule applies to any Expert Witness on whose testimony a party intends to rely to rebut or counter proposed expert testimony described in any written report served under ¶ 2 above.

    (a) Written reports of all Category 1 Expert Witnesses must be exchanged by February 14, 2013. The content of any such report(s) shall comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B).

    (b) Written reports of all Category 2 Expert Witnesses must be exchanged by Mach 22, 2013. The content of any such report(s) shall comply with the requirements of Fed. R. Civ. P. 26(a)(2)(C).

4. <u>Deposition of experts</u>. The parties may depose each other's Category 1 Expert Witnesses. Depositions of Category 1 Expert Witnesses whose disclosures are governed by ¶ 2 above shall take place before the depositions of Category 1 Expert Witnesses whose disclosures are governed by ¶ 3 above. Category 2 Expert Witnesses will not be deposed.

Dated: New York, New York
January 15, 2013

CLIFFORD JAMES (CJ-5037)
*Attorney for Plaintiff, The Velvet Underground*
260 Madison Avenue, 17th Floor
New York, NY 10016-2401
(212) 532-6333

-and-

Christopher R.. Whent (CW-5599)
*Attorney for Plaintiff, The Velvet Underground*
270 Madison Avenue, Suite 1410
New York, NY 10016-0601
(212) 683-5320

Dated: Ossining, New York
January 15, 2013

COLLEN IP
*Attorneys for Defendant, The Andy Warhol Foundation For The Visual Arts, Inc.*

By: _____
Jess M. Collen (JC-2875)
Joshua Paul (JP-4079)
Lisa A. McAndrews (LM-1980)
80 South Highland Avenue
Ossining, New York 10158
Tel. (914) 941-5668

SO ORDERED IN NEW YORK, NEW YORK ON ___Jan 18___, 2013

_____
U.S.D.J.