```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE VELVET UNDERGROUND, A PARTNERSHIP,
BY ITS GENERAL PARTNERS, JOHN CALE AND LOU
REED,
                Plaintiff,

    -v-

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.,
                Defendant.
----------------------------------------------------------------X

12 Civ. 00201 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to the Court's calendar if the application to restore the action is made within thirty (30) days. Within this thirty day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.

    All presently scheduled deadlines, (Dkt. No. 44), are hereby adjourned.

    The Clerk of the Court is directed to terminate this action.

    SO ORDERED.

Dated: May 29, 2013
New York, New York

_____
ALISON J. NATHAN
United States District Judge



**COLLEN IP**
INTELLECTUAL PROPERTY LAW

Telephone (914) 941-5668
Facsimile (914) 941-6091
www.collenIP.com
jpaul@collenIP.com

May 28, 2013

BY EMAIL – nathannysdchambers@nysd.uscourts.gov

Hon. Alison J. Nathan
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

      Re: The Velvet Underground v. The Andy Warhol Foundation for the Visual Arts, Inc. – Civil Action No. 12-CV-00201 (AJN) (FM)

Dear Judge Nathan:

      Our firm represents defendant The Andy Warhol Foundation for the Visual Arts, Inc. ("Warhol Foundation") in the above-captioned case. We write regarding your April 1, 2013 Scheduling Order (D.E. 44). Specifically, we refer to the final item stating that Defense counsel had noted that it will likely seek to admit multimedia exhibits and setting a date of May 28, 2013 for a proposal for how any such exhibits will be submitted. The parties have reached a confidential agreement to settle the case. The Warhol Foundation has already delivered a signed agreement to counsel for Plaintiff The Velvet Underground ("VU"). VU, in turn, has assured us that it will provide us with copies of the settlement agreement as signed by VU's principals within the next several days. Once the parties have exchanged original signature pages, VU's counsel will promptly a Rule 41 Stipulation of Dismissal.

      Respectfully submitted,

      Joshua Paul

cc:    Clifford James, Esq. – Attorney for Plaintiff
        Christopher R. Whent, Esq. – Attorney for Plaintiff



PAPERCUT PROTOCOL
ENVIRONMENTALLY SOUND LEGAL PRACTICE