nathan,a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 9 2013

| | |
|---|---|
| THE VELVET UNDERGROUND, a Partnership, by its General Partners, John Cale and Lou Reed,<br><br>Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.,<br><br>Defendant. | Civil Action No.<br>12 Civ. 00201 (AJN)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND AGREED** by and between the parties as follows:

1. All claims asserted by Plaintiff The Velvet Underground in its Second Amended Complaint (DE 32, filed April 13, 2012) are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendant The Andy Warhol Foundation for the Visual Arts, Inc. in its Answer, Affirmative Defenses and Counterclaims (DE 33, filed September 14, 2012) are hereby dismissed with prejudice.

3. Each party shall bear its own attorney's fees and costs.

Dated: May 29, 2013

*Attorneys for Plaintiff and Counterclaim-Defendant*
*The Velvet Underground*

By: _____
Clifford James – cjames@cjtoplaw.com
260 Madison Avenue, 17th Floor
New York, New York 10016-2401
Tel. (212) 532-6333

- and -

By: _____
Christopher R. Whent – cwhent@sprintmail.com
270 Madison Avenue, Suite 1410
New York, New York 10016-0601
Tel. (212) 545-9552

Dated: May 23, 2013

COLLEN IP

*Attorneys for Defendant and Counterclaim-Plaintiff,*
*The Andy Warhol Foundation for the Visual Arts, Inc.*

By: _____
Joshua Paul – jpaul@collenip.com
Jess M. Collen – jcollen@collenip.com
Lisa A. McAndrews – lmcandrews@collenip.com
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10158
Tel. (914) 941-5668

The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED: 5/29/13

_____
U.S.D.J.

2